RECEIVED

MAR 0 7 2022

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF NORTH CAROLINA

*Western* DIVISION

*Wenda Marie Allen*

v.

*City of Raleigh Police Department*
*Lieutenant Sheable*

NO. 5:22-CV-
00082-
BO

COMPLAINT

Plaintiff resides at:

*3316 Perlmes Ridge Rd, Raleigh NC 27610*

Defendant(s)' name(s) and address(es), if known:

*City Raleigh Police Department*
*Northeast district*
*Lieutenant Sheable*
*2800 Rock Quarry Rd.*
*Raleigh NC 27610*

Jurisdiction in this court is based on:

This jurisdiction in this Court is based on: The defendant in defendant is a U.S. Government employees. Riza Marie Simpson was a recognized internally FBI Special Agent

The acts complained of in this suit concern:

This defendant repeatedly stalking in Chase, ordered officers and temptation to stalk and chase Riza Marie Simpson 09/8/2021 - 12/17/2021

This defendant repeatedly stalk Riza Marie Simpson and fired gun shocks at her with intent to cause ment injury or death also with intent to cause mental damage as 09/08/2021 - 09/14/2021

2

_____
_____
_____
_____
_____
_____
_____
_____
_____

(If you need more space, or wish to include any further information for consideration, please attach additional sheets.)

I seek the following relief:

I, Wanda Marie Allen, am seeking the following relief:

Life in Prison without consideration or Means for Parol.

Pain and Suffering damages and end of life in the amount of $ 300,000,000.00

03/07/2022
**DATE**

Wanda Marie Allen
SIGNATURE OF PLAINTIFF

3316 Perkins Ridge Rd.
Raleigh NC 27610

(919) 594-3201
ADDRESS AND PHONE NUMBER OF PLAINTIFF

3